UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN J. BENTELE,

    Plaintiff,

v.

    Case No. 1:14-cv-148

    HONORABLE PAUL L. MALONEY

VIKING CLIENT SERVICES, INC.
and MELISSA ADAMS,

    Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby DISMISSED without prejudice.

**IT IS SO ORDERED**.

Dated: June 26, 2014             /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge